Case 1:25-cv-00025-RLY-MKK   Document 1   Filed 01/03/25   Page 1 of 4 PageID #: 1

FILED
01/03/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

United States District Court
Southern District of Indiana
Indianapolis Division

Stoney Johnson,
　　　　Plaintiff,

v.

Awonusi
　　　　Defendant,

Case # 1:25-cv-25-RLY-MKK

SCANNED at PENDLETON and emailed on 1-3-25 by JK — 4 pages.

# COMPLAINT WITH JURY DEMAND

## Introduction

This is a Civil Rights Complaint filed by Stoney Johnson a State Prisoner, for damages and Injuctive Relief under U.S.C. § 1983, alleging cruel and unusual punishment an 8th Amendment violation to the United States Constitution and Deliberate Indifference a 14th Amendment violation to the United States Constitution.

## Jurisdiction

This court has jurisdiction over the plaintiffs claims of violation of Federal Constitutional Rights under U.S.C. §§ 1331(1) and 1343
The court has Supplemental Jurisdiction over the Plaintiffs State Law Tort Claims under U.S.C. §§ 1367.

(1)

## Parties

1.) The Plaintiff, Stoney Johnson, was incarcerated at Pendleton Correctional Facility during events described in this Complaint.

2.) Defendant, Awonusi, was a Correctional Officer employed at Pendleton Correctional Facility during the events described in this Complaint.

## Facts

At approx 8:25 p.m. on 12-21-24, in GCH at cell 24 on 6C, my cuff port was opened because I was recieving ice. I had previously asked multiple C/O's for the cellhouse Sargeant and per policy they are required to get him for me and they refused. I stuck my hand in the cuff port in an attempt to get the Sargeant to my cell. The Correctional Officer, Awonusi, then became upset and grabbed my hand and shoved my hand into the cuff port while slamming it at the same time. My hand was not all the way clear of the slot an he slammed my fingers into the slot. I informed Officer Awonusi that my fingers were stuck in the slot and he continued pushing the slot closed which was causing me pain. In my attempt at avoiding Officer Awonusi from breaking my fingers because of how much force he was using, I had to rip my fingers out of the slot further causing

(2.)

myself myself more pain. I then immediately requested medical, ~~the~~ and Officer Awonusi walked off and I was never brought or given medical with no other incident.

### Exhaustion of Administrative Remedies

The Plaintiff has Exhausted his Administrative Remedies with respect to all claims and Defendants.

### Claims For Relief

The actions of Defendant Awonusi for using Excessive Force and refusing to get me medical treatment were both done maliciously and sadistically and was a ~~violations of~~ 8th Amendment violation to the United States Constition for Excessive ~~Force~~ and Deliberate Indifference for refusing medical and 14th Amendment violation to the United States Constitution.

### Relief Requested

WHEREFORE, Plaintiff requests the the court grants the following:

A.) Issue an Injunction Order that the Plaintiff recieve medical treatment.

B.) Award Compensatory Damages in the following amounts:

1.) $90,000 against Defendant Awonusi

(3)

for the use of Excessive force and for refusing the plaintiff medical treatment.

  C.) Award Punitive Damages in the following amounts:

   1.) $10,000 against ~~Defendant~~ Defendant Awonusi.

  D.) Grant such other relief as it may appear the Plaintiff is entitled to.

date:
Respectfully Submitted,
X *Stoney Johnson*
Stoney Johnson
Pendleton Correctional Facility
4490 W. Reformatory Rd
Pendleton, IN 46064

(4.)